# IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
## Civil Division

| | |
|---|---|
| BONITA PERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | )     No. GD-01-2338 |
| vs. | ) |
| | ) |
| COMMONWEALTH OF PENNSYLVANIA, | ) |
| PENNSYLVANIA STATE POLICE, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, on this _15th_ day of _Nov_, 2002, upon consideration of the

Plaintiff's Petition To Transfer, it is hereby ORDERED, ADJUDGED and DECREED that the

Plaintiff's Petition is GRANTED. The Prothonotary is hereby directed to transfer this action to

Mercer County, Pennsylvania.

BY THE COURT:

_____ j.

**EXHIBIT**

**B**

Form 23 Prothonotary

NO. _____ TERM, ____

_____
                                    *Plaintiff*

VS.

_____
                                    *Defendant*

| Taken Out | BY WHOM |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**ALWAYS LEAVE THIS CARD**
**IN THE FILING BOX**

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ELIZABETH ANNE PROTHONOTARY
MERCER COUNTY
105 MERCER COUNTY COURTHOUSE
MERCER PA 16137

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   *(Transfer from service label)*   7001 1140 0000 0235 1366

PS Form 811, August 2001      Domestic Return Receipt      102595-02-M-0835

Form 29 Prothonotary

NO. ___D 01-2335___ TERM, ___

Perry
                                                Plaintiff

                        VS.

Comm of Pa State Police
                                                Defendant

| Taken Out | BY WHOM |
|-----------|---------|
|           |         |
|           |         |
|           |         |
|           | Mercer Co |
| CASE TRANSFERRED TO ARGUMENT |
| DIVISION AS PER ORDER OF COURT |
| DATED 11-15-02 |
| FILE TRANSMITTED TO Stressburger |
| 12-16-02 |
|           |         |
|           |         |
|           |         |
|           |         |
|           |         |
|           |         |
|           |         |
|           |         |

**ALWAYS LEAVE THIS CARD IN THE FILING BOX**

---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CFZ AB HI IN ARE PROHIBITORED
MERCER COURTS
THS MERCER COUNTY COURTHOUSE
MERCER PA 16137

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____ □ Agent
                    □ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                   12-19-02

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
   □ Certified Mail    □ Express Mail
   □ Registered        □ Return Receipt for Merchandise
   □ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number
   (Transfer from service label)   7001 1140 0000 0235 1266

PS Form 811, August 2001          Domestic Return Receipt      102595-02-M-0835

Form 11 Prothonotary

NO. _____ 301-2335 _____ TERM, _____

Perry

Plaintiff

VS.

Comm of Pa State Police

Defendant

| Taken Out | BY WHOM |
|-----------|---------|
|           |         |
|           |         |
|           | Mercer Co |
| CASE TRANSFERRED TO ARBITRATION DIVISION AS PER ORDER OF COURT DATED 11-15-02 FILE TRANSMITTED 12-16-02 | Strassburger |
|           |         |
|           |         |
|           |         |
|           |         |
|           |         |

**ALWAYS LEAVE THIS CARD
IN THE FILING BOX**

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & F    Paid
USPS
Permit No. G-0

• Sender: Please print your name, address, and ZIP+4 in this box •

MICHAEL L. AMBROSE PROTHONOTARY
Court...
Civ...
First...County Bldg
414...St
PITTSBURGH PA 15216-2469