IN THE COURT OF COMMON PLEAS OF MERCER COUNTY, PENNSYLVANIA
CIVIL ACTION- LAW

| | |
|---|---|
| BONITA PERRY, <br><br> Plaintiff, <br><br> v. <br><br> PENNSYLVANIA STATE POLICE, COMMONWEALTH OF PENNSYLVANIA, <br><br> Defendant. | No.: 2002-3679 |

## ORDER

AND NOW, this 22nd day of December, 2006, Defendant's Motion for Summary Judgment is DISMISSED as not being before this Court. Judge Strassburger's November 15, 2002 Order of Court transfers to this Court a case that does not include the Complaint upon which Defendant's Motion is based. The case transferred is GD-01-2338 and the Complaint was filed at GD-02-3667. If the appropriate case is subsequently transferred here, the Defendant may re-file his motion with this court.

BY THE COURT

_____P.J.
Francis J. Fornelli, President Judge