## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BONITA PERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Civil Action No.: 00-1193 |
| | ) |
| COMMONWEALTH OF PENNSYLVANIA, | ) |
| PENNSYLVANIA STATE POLICE, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

AND NOW this _____ day of _____, 2007 it is hereby

ORDERED that the above Motion to Reopen is GRANTED.

_____
U.S. DISTRICT JUDGE

1