IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BONITA PERRY, | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | NO.: 2:00-CV-01193 |
| | ) | |
| vs. | ) | The Honorable Terrence F. McVerry |
| | ) | |
| COMMONWEALTH OF | ) | **FILED ELECTRONICALLY** |
| PENNSYLVANIA, PENNSYLVANIA | ) | |
| STATE POLICE, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Deborah A. Kane, Esquire and the law firm of Weber Gallagher Simpson Stapleton Fires & Newby LLP on behalf of the Defendant, Commonwealth of Pennsylvania, Pennsylvania State Police, in the above-captioned action.

Respectfully submitted,

By:    /s/ Deborah A. Kane
Deborah A. Kane, Esquire
PA I.D. #92531
Email: dkane@wglaw.com

WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY LLP
Firm #594
Two Gateway Center, Suite 1450
603 Stanwix Street
Pittsburgh, PA 15222
Phone: (412) 281-4541
Fax: (412) 281-4547

Attorneys for Defendant, Commonwealth of
Pennsylvania, Pennsylvania State Police

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF APPEARANCE has been served electronically this <u>19th</u> day of <u>March</u>, 2008 upon the following party:

Gregory G. Paul, Esquire
Robert Peirce & Associates
Gulf Tower, Suite 2500
707 Grant Street
Pittsburgh, PA 15219-1918

/s/ Deborah A. Kane
Deborah A. Kane, Esquire