# TIMELINE OF PLEADINGS

**July 11, 2000**
Plaintiff files Federal Court Complaint at Docket No. **00-193**
Claims: ADA, Rehabilitation Act, PHRA

**December 21, 2000**
Judge Ziegler enters Order dismissing ADA and Rehabilitation Act claims and transferring case to Allegheny County

**February 6, 2001**
Plaintiff files case in CCP-Allegheny County at Docket No. **GD 01-2338**; Marked "Transfer County"

**February 20, 2002**
Plaintiff files new case in CCP-Allegheny at Docket No. **GD 02-3667**; Includes only 1 PHRA claim

**November 15, 2002**
Judge Strassburger enters Order transferring **GD 01-2338** case to Mercer County

**December 19, 2002**
Mercer County receives transfer of **GD 01-2338** action from Allegheny County. Opens at Mercer County Docket No. 2002-03679; **NOTE: Plaintiff never files a Complaint at this Docket Number.**

**December 21, 2007**
Judge Scanlon grants unopposed motion for judgment on the pleadings in CCP-Allegheny Docket No. **GD 02-3667**; no appeal.

**October 9, 2006**
PSP files Motion for Summary Judgment at Mercer County Docket No. 2002-03679

**December 22, 2006**
Order dismissing PSP's Motion for Summary Judgment. "Judge Strassburger's November 15, 2002 Order transfers to this Court a case that does not include the Complaint on which Defendant's Motion is based. **The case transferred is GD 01-2338 and the Complaint was filed at GD 02-3667. If the appropriate case is subsequently transferred here, the Defendant may re-file his Motion with the Court.**"

**July 6, 2007**
Plaintiff files Motion for Leave to file an Amended Complaint including previously dismissed ADA and Rehabilitation Act claims

**December 7, 2007**
Judge St. John denies motion to amend complaint or supplement record

EXHIBIT A