You can use your browser **BACK** button to return to previous page.

[New Case Number] [Service History] [Notification History] [Docket Report] [Account Information] [Home]

# GD-01-002338     *****CASE TRANSFERRED TO MERCER COUNTY*****

| | | | |
|---|---|---|---|
| *Filing Date:* | **02/06/2001** | *Case Type:* | **Multiple Civil Action** |
| *Filing Time:* | **03:09:44** | *Court Type:* | **General Docket** |
| *Related Cases:* | | *Current Status:* | **Record Received** |
| *Judge:* | **No Judge** | *Jury Requested:* | **No** |
| *Amount In Dispute:* | **$ .00** | | |

*Click on PartyID hyperlink to see Alternative name for the party.

## Parties

### -- Litigants --

| ID | LName | FName | MI | Type | Address | Initial Service Completion | Attorney |
|---|---|---|---|---|---|---|---|
| @969984 | Perry | Bonita | --- | Plaintiff | No Default Address Available | -- | Paul Gregory G., |
| @969985 | Pennsylvania State Police | --- | --- | Defendant | No Default Address Available | -- | -- |

### -- Attorney --

| ID | LName | FName | MI | Type | Address | Phone |
|---|---|---|---|---|---|---|
| 83334 | Paul | Gregory | G. | Plaintiff's Attorney | 2500 Gulf Tower 707 Grant Street Pittsburgh PA 15219 | -- |

### -- Non Litigants --

| ID | LName | FName | MI | Type | Address | Phone |
|---|---|---|---|---|---|---|
| ACPROTH | Allegheny County Prothonotary | --- | --- | Prothonotary | No Default Address Available | (412) 3505729 |

*Click on DocketType hyperlink to see Judgments for that Docket.
Document numbers in the DOCUMENT column may not be consecutive.

## Docket Entries

| Filing Date | Docket Type | Docket Text | Filing Party | Document |
|---|---|---|---|---|
| 12/20/2002 | Record Received | in Mercer County as per registered receipt. | Allegheny County Prothonotary | No Image |
| 12/16/2002 | Case Transferred | As per Order of Court dated 11/15/02. Case is transferred to Mercer County, PA. Strassburger, J. | Allegheny County Prothonotary | No Image |
| | | Dated 11/15/02. Order that the Pltf's. Petition is granted. The Prothonotary is directed to transfer | | |

**EXHIBIT
1**

Case 2:00-cv-01193-TFM     Document 14-5     Filed 04/03/2008     Page 2 of 2

| 11/18/2002 | Order of Court | this action to Mercer County, Pa. Strassburger J. eodie copies mailed. | Perry Bonita | No Image |
|---|---|---|---|---|
| 09/26/2002 | Petition to Transfer | action to Mercer County and incorporated memorandum of law. | Perry Bonita | No Image |
| 06/27/2001 | Praecipe for Appearance | of Gregory G. Paul, Esquire | Perry Bonita | No Image |
| 06/18/2001 | Praecipe to Withdraw | of John J. Porter, Esquire | Perry Bonita | No Image |
| 02/06/2001 | Transfer to Allegheny County | | Perry Bonita | No Image |

**If you don't have Adobe Acrobat Reader to view documents, you can get it here.**