You can use your browser **BACK** button to return to previous page.

[New Case Number]  [Service History]  [Notification History]  [Docket Report]  [Account Information]  [Home]

## GD-02-003667                          **Perry vs Pennsylvania State Police**

| | | | |
|---|---|---|---|
| *Filing Date:* | **02/20/2002** | *Case Type:* | **Other Tort** |
| *Filing Time:* | **03:00:53** | *Court Type:* | **General Docket** |
| *Related Cases:* | | *Current Status:* | **Judgment by Court Order** |
| *Judge:* | **Scanlon Jr. Eugene F.** | *Jury Requested:* | **Yes** |
| *Amount In Dispute:* | **$ .00** | | |

**\*Click on PartyID hyperlink to see Alternative name for the party.**

| Parties |
|---|

### -- Litigants --

| ID | LName | FName | MI | Type | Address | Initial Service Completion | Attorney |
|---|---|---|---|---|---|---|---|
| @1064955 | Perry | BonitaPl | --- | aintiff | No Default Address Available | -- | Paul Gregory G., |
| @29061 | Pennsylvania State Police | --- | --- | Defendant | 1800 Elmerton Avenue Harrisburg PA 17110 | -- | -- |

### -- Attorney --

| ID | LName | FName | MI | Type | Address | Phone |
|---|---|---|---|---|---|---|
| 83334 | Paul | Gregory | G. | Plaintiff's Attorney | 2500 Gulf Tower 707 Grant Street Pittsburgh PA 15219 | -- |
| 85787 | Salynski | Mary | Kathryn | Attorney | No Default Address Available | -- |

### -- Non Litigants --

| ID | LName | FName | MI | Type | Address | Phone |
|---|---|---|---|---|---|---|
| JSCANLON | Scanlon Jr. | Eugene | F. | Judge | No Default Address Available | (412)3506052 |

**\*Click on DocketType hyperlink to see Judgments for that Docket.**
Document numbers in the DOCUMENT column may not be consecutive.

| Docket Entries | | | | |
|---|---|---|---|---|
| Filing Date | Docket Type | Docket Text | Filing Party | Document |
| 12/20/2007 | Judgment by Court Order | Dated 12/18/07. Ordered that the Motion is granted. Judgment is entered against pltf. and in favor of the deft. Scanlon J. eodie copies mailed 12/20/07 | Scanlon Jr. Eugene F. | Document 4 |
| 08/31/2007 | Motion for Judgment on | | Pennsylvania | |

**EXHIBIT E**

tabbies*

| | | | State Police | 3 |
|---|---|---|---|---|
| | Pleadings | | | |
| 01/31/2007 | Answer to Complaint | | Pennsylvania State Police | Document 2 |
| 02/20/2002 | Complaint | Returnable 03/22/02. | Perry Bonita | No Image |

**If you don't have Adobe Acrobat Reader to view documents, you can get it here.**