IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| BONITA PERRY, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | NO.: GD02-3667 |
| | ) | |
| vs. | ) | |
| | ) | |
| COMMONWEALTH OF | ) | |
| PENNSYLVANIA, PENNSYLVANIA | ) | |
| STATE POLICE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF COURT**

AND NOW, to-wit, this 18th day of December, 2007, upon consideration of the foregoing Motion for Judgment on the Pleadings, it is hereby ORDERED that the Motion is GRANTED. Judgment is hereby entered against the Plaintiff and in favor of the Defendant.

*No one appearing to oppose*

BY THE COURT:

_____ J.

FILED PROTHONOTARY ALLEGHENY COUNTY 07 DEC 20 AM 11: 44

EXHIBIT F