**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BONITA PERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 00-1193 |
| | ) | |
| COMMONWEALTH OF PENNSYLVANIA, | ) | |
| PENNSYLVANIA STATE POLICE , | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Bonita Perry hereby appeals to the Third Circuit

Court of Appeals from the Order of Court entered in this case by the Honorable Terrence F.

McVerry on May 29, 2008.

Respectfully submitted,

ROBERT PEIRCE & ASSOCIATES, P.C.

/s/ Gregory Paul
GREGORY G. PAUL, ESQUIRE
Attorney for Plaintiff
PA ID No.: 83334
2500 Gulf Tower
Pittsburgh, PA 15219
(412) 281-7229

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Plaintiff's Notice of Appeal

has been served via the Court's ECF Filing Service upon the following counsel of record:

P.J. Stapleton, Esquire
Weber Gallagher Simpson Stapleton Fires & Newby, LLP
Two Gateway Center, Suite 1450
603 Stanwix Street
Pittsburgh, PA  15222

this 25th day of June, 2008.

/s/ Gregory G. Paul
GREGORY G. PAUL, ESQUIRE
Attorney for Plaintiff